IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| QUINN BASS, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 19-282-RK |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Todd M. Johnson and enters his appearance as additional counsel for Plaintiffs.

Respectfully submitted,

BY: /s/ Todd M. Johnson
TODD M. JOHNSON     MO #48824
9237 Ward Parkway, Suite 240
Kansas City, MO 64114
(816) 895-8800     TEL
(816) 895-8801     FAX
tjohnson@vnjlaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy was served on this 25th day of April, 2019, via the Court's ECF to counsel of record:

/s/ Todd Johnson
Attorney for Plaintiffs