# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| QUINN BASS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:19-CV-00282-RK |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED MOTION FOR CONFIDENTIALITY ORDER

The parties respectfully request the Court enter a Stipulated Confidentiality Order. In support of this Motion, the parties assert that certain documents and information may be exchanged in this litigation that might otherwise be considered confidential, including information related to national security and/or protected from disclosure and dissemination by the Trade Secrets Act (18 U.S.C. § 1905). Thus, the parties request the Court enter the proposed Stipulated Confidentiality Order submitted separately.

Respectfully submitted,

| | |
|---|---|
| Timothy A. Garrison | BARTIMUS FRICKLETON |
| United States Attorney | ROBERTSON RADER, P.C. |
| | |
| */s/ Matthew N. Sparks* | */s/ Michelle Marvel* |
| Matthew N. Sparks, MO #63260 | Michael C. Rader, MO #49117 |
| Assistant United States Attorney | Michelle Marvel, MO #59815 |
| Charles Evans Whittaker Courthouse | Anthony L. DeWitt, MO #41612 |
| 400 East Ninth Street, Room 5510 | 11150 Overbrook Road, Suite 200 |
| Kansas City, Missouri 64106 | Leawood, KS 66211 |
| Telephone: (816) 426-3130 | Phone: (913) 266-2300 |
| Facsimile: (816) 426-3165 | Fax: (913) 266-2366 |
| E-mail: matt.sparks@usdoj.gov | Emails: mrader@bflawfirm.com |
| | mmarvel@bflawfirm.com |
| ATTORNEYS FOR DEFENDANT | aldewitt@bflawfirm.com |
| UNITED STATES OF AMERICA | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                     */s/ Matthew N. Sparks*
                                     Assistant United States Attorney